AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Western District of Arkansas

FILED
US DISTRICT COURT
WESTERN DISTRICT
OF ARKANSAS
Apr 6, 2021
OFFICE OF THE CLERK

United States of America )
v. )
STANLEY ZED FADDEN ) Case No. 3:21 _____
)
)
)
)
Defendant(s)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __March 30, 2021__ in the county of __Boone__ in the __Western__ District of __Arkansas (Harrison Div)__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1) | Possession With Intent to Distribute More Than Fifty (50) Grams of a Mixture |
| 21 U.S.C. 841(a)(1)(B)(viii) | or Substance Containinga Detectible Amount of Methamphetamine |
| 18 U.S.C. 924(c)(1)(A) | Possession of a Firearm in Furtherance of a Drug Trafficking Crime |

This criminal complaint is based on these facts:
See Attached Affidavit of FBI TFO Dayton Evans

☑ Continued on the attached sheet.

_____
Complainant's signature

FBI TFO Dayton Evans
Printed name and title

Sworn to before me and signed in my presence.

Date: _____

_____
Judge's signature

City and state: __Fort Smith, Arkansas__    Hon. Mark E. Ford, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT

I, Dayton Evans, being duly sworn, depose and state that:

1. I have been employed by the Boone County Sheriff's Office since April of 2017. I started as a detention officer and was transferred to the patrol division in September of 2017. I received my basic law enforcement certificate from the Arkansas Law Enforcement Training Academy in April of 2018, graduating in the 2018-A class. I was transferred to the Sheriff's Office Criminal Investigations Division as a full time Narcotics Investigator in November of 2019. I was assigned to the State of Arkansas 14th Judicial District Drug Task Force in December of 2019. I became a Title 21 Task Force Officer of the Federal Bureau of Investigation (FBI) on February 3, 2020, then later became a Title 18 deputy of the Federal Bureau of Investigation in 2021. As such, I am a law enforcement officer within the meaning of Section 115(c)(1) of Title 18 United States Code, who is authorized by law or Government agency to engage in or supervise the prevention, detection, investigation and/or prosecution of any violation of Federal criminal law, to include violations of Title 21, United States Codes, Sections 841(a)(1) and 846.

2. In connection with my official duties, I investigate criminal violations of the Federal narcotics laws, including, but not limited to, Title 21, United States Code, Sections 841, 843, 846, and 848; money laundering laws, including Title 18, United States Code, Sections 1956 and 1957; and firearm laws, including Title 18, United States Code, Sections 922 and 924. I have also been involved in various types of electronic surveillance and in the debriefing of defendants, witnesses, informants, and others who have knowledge of narcotics trafficking. I have participated in investigations resulting in the arrest of numerous drug trafficking suspects and in the seizure of substantial quantities of illegal narcotics and proceeds of narcotics sales.

3. I submit this Affidavit in support of a Criminal Complaint and Arrest Warrant for STANLEY ZED FADDEN.  My belief that probable cause exists to arrest FADDEN for the commission of one or more federal criminal offenses is based on the following facts that I have learned from my own personal investigation of this matter, including interviews of witnesses, as well as from information supplied by other law enforcement officials.  Since this Affidavit is for the limited purpose of establishing probable cause to support the Criminal Complaint and Arrest Warrant, it contains only a summary of relevant facts.  I have not included each and every fact known to me concerning the entities, individuals, and the events described in this Affidavit.

4. On March 30, 2021, Affiant obtained a State of Arkansas search warrant to locate FADDEN at 8711 West Fork Lane in Boone County, Arkansas. An arrest warrant had been previously issued for FADDEN, who was wanted by the State of Missouri, Taney County, for charges of Drug Trafficking and Distribution of Narcotics.  The United States Marshal's Service and Investigators with the 14th Judicial District Drug Task Force assisted in the execution of the search warrant.

5. FADDEN was located hiding in the master bedroom of the residence during the execution of the search warrant and was taken into custody.  A LG "flip-phone" style cellular telephone was found on his person. During the execution of the search warrant, numerous items of suspected controlled substances and drug paraphernalia were observed in plain view by officers. A secondary search warrant was drafted by Affiant and authorized by a State of Arkansas Circuit Judge, the subject of the search warrant being evidence connected to the alleged crime of possession of controlled substances.

6. The second search warrant authorizing a search for controlled substances and related materials was executed at the residence later in the same day. During the execution of the second search warrant, numerous items of suspected controlled substances, drug use paraphernalia, and

drug packaging paraphernalia were located throughout the residence. A Winchester 30-30 rifle was located in the common area of the living room, readily accessible for use and with 4 loaded rounds, one in the chamber. A green leafy substance consistent with marijuana was located in the living room, a bedroom, and the office. Within the office, we located multiple containers in plain view which contained the same green, leafy substance. Also within the office we located and opened a locked safe which contained the following: approximately 152 grams of white crystal substance in a zip lock bag which field tested positive for methamphetamine, digital scales, multiple empty zip bags, a metal scoop with white residue, approximately 48 ounces of green, leafy substance in 7 separate plastic bags, 40 boxes of Exotic THC infused vape cartridges, a pill bottle containing 8 units of suspected Alprazolam, a pill bottle containing 86 units of suspected Clonazepam, and $601.00 in U.S. Currency.

7. Also within the residence, investigators located $4,800 in U.S. Currency, multiple empty zip bags, 2 vacuum sealers, and digital scales. We located an additional approximately 50 ounces of green, leafy substance in the attic of the residence, near a hole in the ceiling of the office. Glass smoking pipes were located in the master bathroom of the residence and a glass smoking pipe with white residue which field tested positive for methamphetamine was located in another bedroom/storage room. Under the desk in the office of the residence, an ASUS laptop computer was located; and a Samsung Galaxy S9 smartphone was found on the bed in the master bedroom where FADDEN was originally located.

8. On March 31, 2021, I conducted a post-Miranda interview of FADDEN at the Boone County Sheriff's Office. During the interview, FADDEN claimed possession of all items of controlled substances and drug paraphernalia located within the residence. FADDEN gave me a detailed inventory of what was located in the residence which was accurate with our findings. I asked

FADDEN if he sold controlled substance for profit, to which he replied that he did sell marijuana but that he did not sell methamphetamine. I asked FADDEN about the firearm we located in the living room. FADDEN was aware of the firearms presence in the residence, stating that a friend had left it there some time ago. At the time of his arrest, FADDEN was a convicted felon in the State of Missouri.

9. Based upon the forgoing, Affiant submits that probable cause exists for the issuance of an arrest warrant for the following violations of federal law: Possession of More Than Fifty (50) Grams of a Mixture or Substance Containing a Detectible Amount of Methamphetamine in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii) and Possession of a Firearm in Furtherance of a Drug Trafficking Crime in violation of 18 U.S.C. § 924(c)(1)(A).

Respectfully Submitted,

Dayton Evans
Task Force Officer
Federal Bureau of Investigation

Sworn before me on this 6th day of April, 2021.

Honorable Mark E. Ford
United States Magistrate Judge