

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

APR 28 2021

By _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 3:21CR30007-001 |
| | ) | |
| VS. | ) | 21 U.S.C. § 841(a)(1) |
| | ) | 21 U.S.C. § 841(B)(1)(b)(VIII) |
| | ) | 18 U.S.C. § 922(g)(1) |
| STANLEY ZED FADDEN | ) | 18 U.S.C. § 924(a)(2) |

## INDICTMENT

The Grand Jury Charges:

### COUNT ONE

On or about March 30, 2021, in the Western District of Arkansas, Harrison Division, the Defendant, **STANLEY ZED FADDEN**, knowingly possessed with intent to distribute a controlled substance, namely, more than fifty (50) grams of a mixture or substance containing a detectible amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1)(B)(viii).

### COUNT TWO

On or about March 30, 2021, in the Western District of Arkansas, Harrison Division, the Defendant, **STANLEY ZED FADDEN**, knowingly possess a firearm, namely, a Winchester Ranger 30-30 rifle, serial number 5358805, said firearm having been shipped and transported in interstate commerce, knowing that he had been convicted in any court of a crime punishable by imprisonment for a term exceeding one year.

All in violation of Title 18, United States Code, Section 922(g)(1) and Title 18, United States Code, Section 924(a)(2).

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

The allegations contained in Counts One and Two of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853.

Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Sections 841, the Defendant, **STANLEY ZED FADDEN**, shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense[s] and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense(s). The property to be forfeited includes, but is not limited to, the following:

    a. A money judgment;

    b. $5,983.70 in U.S. Currency seized on March 30, 2021; and

    c. One (1) Winchester Ranger 30-30 rifle, serial number 5358805.

Moreover, if any property subject to forfeiture, as a result of any act or omission by the Defendant:

    (a) Cannot be located upon the exercise of due diligence;

    (b) Has been transferred or sold to, or deposited with a third party;

    (c) Has been placed beyond the jurisdiction of the court;

    (d) Has been substantially diminished in value; or

    (e) Has been commingled with other property which cannot be subdivided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

A True Bill.

/s/ Grand Jury Foreperson
Grand Jury Foreperson

DAVID CLAY FOWLKES
ACTING UNITED STATES ATTORNEY

By: 

Brandon Carter
Assistant U. S. Attorney
Arkansas Bar No. 2005241
414 Parker Avenue
Fort Smith, AR 72901
Phone: (479) 249-9042
E-mail: Brandon.T.Carter@usdoj.gov