IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 3:21CR30007-001 |
| ) | |
| STANLEY ZED FADDEN ) | |

PETITION AND ORDER FOR WRIT
HABEAS CORPUS AD PROSEQUENDUM

Comes now the United States Attorney for the Western District of Arkansas and for his petition, states:

1. That **Stanley Zed Fadden,** Defendant herein, is now confined in the Taney County Missouri Jail, and is being held by the Sheriff thereof.

2. It is requested that said Defendant be brought before the United States District Court, Western District of Arkansas, Fort Smith, Arkansas, through Zoom Video for proceedings on the charges now pending against him and said Defendant then be returned to the above-named institution at the conclusion of all proceedings in the above named Court.

WHEREFORE, your petitioner prays the Court to forthwith order the issuance of a Writ of Habeas Corpus Ad Prosequendum directed to the following:

To the United States Marshal for the Western District of Arkansas

To the Sheriff, Taney County Missouri Jail

requiring them to produce the body of the said Defendant before this Court, **Fort Smith, Arkansas, on May 12, 2021, at 1:00 p.m.**

DAVID CLAY FOLWKES
ACTING UNITED STATES ATTORNEY

/s/ Brandon Carter

By

Brandon Carter
Assistant U.S. Attorney
Arkansas Bar No. 2005241
414 Parker Avenue
Fort Smith, AR 72901
Telephone: 479-783-5125

IT IS SO ORDERED this 18th day of April, 2021.

_____
Honorable Mark E. Ford
United States Magistrate Judge

**FILED**
US DISTRICT COURT
WESTERN DISTRICT
OF ARKANSAS

Apr 29, 2021

OFFICE OF THE CLERK