IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                    Case No. 3:21-cr-30007-001

STANLEY ZED FADDEN                                                                         DEFENDANT

# O R D E R

At the arraignment and plea conducted on the Indictment, the Defendant agreed to waive the issue of detention pending the final disposition of the case; accordingly, the Court considers the matter waived. The Defendant is detained, subject to reconsideration on motion of Defendant.

Dated: May 12, 2021

/s/ Mark E. Ford
HONORABLE MARK E. FORD
UNITED STATES MAGISTRATE JUDGE