IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

CRIMINAL NO. 21-30007-001          USA v. STANLEY ZED FADDEN

COURT PERSONNEL:                  APPEARANCES:

JUDGE:   P. K. HOLMES III          GOVERNMENT: BRANDON CARTER

CLERK:   JANE ANN SHORT            DEFENDANT:   JAMES PIERCE

REPORTER:  RICK CONGDON

**CHANGE OF PLEA MINUTES**

On this date the above-named defendant appeared with counsel via video conference to withdraw the plea of not guilty entered and enter a plea of guilty to Count 1 of the indictment.

(X)      Court stated this proceeding is being conducted remotely pursuant to the authority provided by the CARES Act and administrative orders as further delay of the case would cause serious harm to the interests of justice.
(X)      Defendant consents to being present remotely and to the Court conducting the hearing by use of video conference.
(X)      Defendant sworn and examined about offense.
(X)      Inquiry made regarding defendant's age and level of education.
(X)      Inquiry made that defendant is not under influence of alcohol or drugs and is able to comprehend proceedings.
(X)      Inquiry made that defendant is satisfied with counsel.
(X)      Possible severity of sentence explained.
(X)      Rights explained.
(X)      Defendant entered guilty plea to Count 1.
(X)      Court determined that plea is voluntary.
(X)      Court determined that there is factual basis for plea.
(X)      Plea accepted.
(X)      Court reserved approval of plea agreement pending completion of presentence report.
(X)      Defendant found guilty as charged.
(X)      Sentencing deferred pending presentence investigation.
(X)      Not guilty plea remains on Count 2.
(X)      Defendant remanded to custody of the USMS.

DATE:  July 21, 2021

                                    Proceeding began:      1:00 pm
                                                  ended:      1:19 pm